# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RALPH COGLIANESE, AS FATHER AND NEXT FRIEND OF WAYNE A. COGLIANESE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: ) |
| VILLAGE OF CHICAGO RIDGE, a Municipal Corporation, OFFICER DROPKOWSKI | ) ) ) ) |
| Defendants. | ) |

## COMPLAINT

NOW COMES, Plaintiff RALPH COGLIANESE, AS FATHER AND NEXT FRIEND OF WAYNE A. COGLIANESE, by and through his attorneys, AMBROSE & ASSOCIATES, P.C., and complaining of the Defendants, OFFICER DROPKOWSKI, and VILLAGE OF CHICAGO RIDGE, states as follows:

## INTRODUCTION

This action arises under the Fourth and Fourteenth Amendments to the United States Constitution; under federal law, specifically 42 U.S.C. § 1983; and under Illinois common law for false imprisonment and battery.

While the individual Defendant was acting in the scope of his employment and under color of state law, he detained Plaintiff unlawfully and with excessive use of force. The Defendant's actions caused injury to the Plaintiff.

## JURISDICTION AND VENUE

1. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1343 and 1367, and venue is properly set in the United States District Court for the Central District of Illinois pursuant to 28 U.S.C. § 1391.

2. The causes of action alleged herein arise from factual allegations occurring in this judicial district.

3. On information and belief, it is alleged that each of the named Defendants resides in this judicial district.

## PARTIES

4. The Plaintiff, RALPH COGLIANESE, AS FATHER AND NEXT FRIEND OF WAYNE A. COGLIANESE ("COGLIANESE"), is a citizen and resident of the City of Alsip, State of Illinois, County of Cook.

5. The Defendant, OFFICER DROPKOWSKI ("DROPKOWSKI"), is a citizen and resident of the VILLAGE of CHICAGO RIDGE, State of Illinois, County of Cook, and was at all times material to the allegations in this Complaint, acting in his capacity as a Police Officer employed by the VILLAGE of CHICAGO RIDGE, Illinois and was acting under color of state law.

6. The Defendant, VILLAGE OF CHICAGO RIDGE, is a political subdivision of the State of Illinois, for which Defendant "DROPKOWSKI" serves as a police officer.

## FACTS

7. On April 16, 2011, Plaintiff, COGLIANESE was present in CHICAGO RIDGE, Illinois.

8. Plaintiff, COGLIANESE was sitting in the backseat of an automobile traveling southbound on Ridgeland Avenue in the Village of Chicago Ridge, Illinois.

9. At this time, Plaintiff, COGLIANESE was not conducting himself in a threatening, criminal or hostile manner.

10. At this time, Defendant "DROPKOWSKI" turned on his lights and siren of his squad car and pulled over the car in which the Plaintiff, COGLIANESE, was a passenger therein.

11. At this time, Defendant "DROPKOWSKI" lacked any and all probable cause to pull over the car in which the Plaintiff, COGLIANESE, was a passenger therein.

12. At this time, Defendant "DROPKOWSKI," violently and without any justifiable reason, physically took the Plaintiff, COGLIANESE, down to the ground and brutally beat his head, face and skull without cause or justification.

13. No criminal charges were filed against the Plaintiff, COGLIANESE.

14. At all times relevant, Defendant "DROPKOWSKI" was acting in his scope of employment as a police officer employed by Defendant, VILLAGE OF CHICAGO RIDGE.

### COUNT I

### Violation of Civil Rights Pursuant to Title 42 U.S.C. § 1983 – Use of Excessive Force
(COGLIANESE v. "DROPKOWSKI")
(COGLIANESE v. VILLAGE of CHICAGO RIDGE)

1. The Plaintiff restates and re-alleges paragraphs one (1) through to and including fourteen (14) of "Jurisdiction and Venue", "Parties", and "Facts", as paragraphs one (1) through to and including fourteen (14) of Count I as though fully restated here.

15. Plaintiff, COGLIANESE, has a right to be free of excessive force and unreasonable seizures under the Fourth and Fourteenth Amendments to the Constitution of the United States.

3

16. At all times relevant, Defendant "DROPKOWSKI" used excessive force and/or restraints on the Plaintiff, COGLIANESE, for a prolonged, unnecessary, and/or unreasonable period of time.

17. As a direct and proximate result of this excessive force, Plaintiff, COGLIANESE, suffered severe and permanent physical and psychological injuries as well as humiliation, injury to his reputation and loss of a normal life.

## COUNT II

### Violation of Civil Rights Pursuant to Title 42 U.S.C. § 1983 – False Arrest
### (COGLIANESE v. "DROPKOWSKI")
### (COGLIANESE v. VILLAGE of CHICAGO RIDGE)

1. The Plaintiff restates and re-alleges paragraphs one (1) through to and including fourteen (14) of "Jurisdiction and Venue", "Parties", and "Facts", as paragraphs one (1) through to and including fourteen (14) of Count II as though fully restated here.

15. In committing the acts complained of herein, the Defendant "DROPKOWSKI" acted under the color of state law by falsely detaining the Plaintiff, COGLIANESE, with no basis in fact or law to do so. In violating Plaintiff's right to be free from false arrest, the Defendant violated Plaintiffs' rights under the Fourth and Fourteenth Amendments to the Constitution of the United States.

16. As a direct and proximate result of this false arrest, the Plaintiff, COGLIANESE, suffered severe and permanent physical and psychological injuries as well as humiliation, injury to his reputation and loss of a normal life.

4

## COUNT III

### Violation of Illinois Common Law – Battery
### (COGLIANESE v. "DROPKOWSKI")
### (COGLIANESE v. VILLAGE of CHICAGO RIDGE)

1. The Plaintiff restates and re-alleges paragraphs one (1) through to and including fourteen (14) of "Jurisdiction and Venue", "Parties", and "Facts", as paragraphs one (1) through to and including fourteen (14) of Count III as though fully restated here.

15. At all times relevant, Defendant "DROPKOWSKI" without consent, pushed, shoved, hit, handcuffed, and/or otherwise physically harmed and restrained the Plaintiff, COGLIANESE.

16. As a direct and proximate result of this battery, the Plaintiff, COGLIANESE, suffered severe and permanent physical and psychological injuries as well as humiliation, injury to his reputation and loss of a normal life.

## COUNT IV

### Violation of Illinois Common Law – False Imprisonment
### (COGLIANESE v. "DROPKOWSKI")
### (COGLIANESE v. VILLAGE of CHICAGO RIDGE)

1. The Plaintiff restates and re-alleges paragraphs one (1) through to and including fourteen (14) of "Jurisdiction and Venue", "Parties", and "Facts", as paragraphs one (1) through to and including fourteen (14) of Count IV as though fully restated here.

15. At all times relevant, Defendant "DROPKOWSKI" handcuffed and otherwise restrained Plaintiff, COGLIANESE, in a bounded area without any basis in fact or law.

16. As a direct and proximate result of this false imprisonment, the Plaintiff, COGLIANESE, suffered severe and permanent physical and psychological injuries as well as humiliation, injury to his reputation and loss of a normal life.

## **PRAYERS FOR RELIEF**

WHEREFORE, the above premises considered, Plaintiff, RALPH COGLIANESE, as Father and Next Friend of WAYNE A. COGLIANESE, a Minor, demands:

1. That judgment be rendered in favor of the Plaintiff and against the Defendant on all causes of action asserted herein.

2. That Plaintiff be awarded those damages to which it may appear he is entitled by the proof submitted in this cause for his physical and mental pain and suffering, both past and future; permanent injury and disability; loss of enjoyment of life; and medical and psychological expenses, both past and future, to be proven at trial, but in any event, in excess of $75,000.00

3. That Plaintiff be awarded punitive damages against the Defendant.

4. That Plaintiff be awarded reasonable expenses incurred in this litigation, including reasonable attorney fees pursuant to 42 U.S.C. § 1988.

5. That Plaintiff receive any other further and general relief to which it may appear he is entitled.

6. A jury for the trial of this matter.

Respectfully Submitted,

/s/ Bradley M. Cosgrove
Bradley M. Cosgrove
Attorney for Plaintiff

AMBROSE & ASSOCIATES, P.C.
Bradley M. Cosgrove
Attorney for Plaintiff
221 North LaSalle St., Suite 1748
Chicago, Illinois 60601
312-726-1470
ARDC 6289270